**RECEIVED**
CHARLOTTE, N.C.

AUG - 3 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No.: 3:04CV207

| | |
|---|---|
| Hussein Kahil,<br><br>        **Plaintiff,**<br><br>v.<br><br>**SOLECTRON CORPORATION and or SOLECTRON TECHNOLOGIES, INC.,**<br><br>        **Defendants.** | **ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of the Stipulated Voluntary Dismissal with Prejudice between the parties, it is:

**ORDERED AND ADJUDGED** that the above cause be and the same is hereby dismissed, with prejudice, with all parties bearing their own costs and attorneys' fees.

**DONE AND ORDERED** this 10th day of August, 2005.

_____
U.S. DISTRICT JUDGE

Firmwide:80112050.1 014692.1085